**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**DAVE M. BROWN, ESQ.**
Nevada Bar No. 12186
**MORAN BRANDON BENDAVID MORAN**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendant,
VERTICAL EXCELLENCE, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| STERLING JASON BUNCH, | |
|---|---|
| Plaintiff, | CASE NO.: 2:14-cv-01360-JAD-CWH |
| v. | |
| ROUSE PROPERTIES, INC.; VERTICAL EXCELLENCE, INC.; ROE CORPORATIONS I-X; DOES I-X; and DOE EMPLOYEES XI-XXX, | |
| Defendants. | |

**STIPULATION AND ORDER**
**FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their

///

///

///

///

respective fees and costs incurred.

DATED this 20th day of August, 2015.

| | |
|---|---|
| **EDWARD M. BERNSTEIN & ASSOCIATES** | **MORAN BRANDON BENDAVID MORAN** |
| */s/ David M. Moore, Esq.* | */s/ Lew Brandon, Jr., Esq.* |
| **DAVID M. MOORE, ESQ.** | **JUSTIN W. SMERBER, ESQ.** |
| Nevada Bar No. 8580 | Nevada Bar No. 10761 |
| 500 South Fourth Street | **DAVE M. BROWN, ESQ.** |
| Las Vegas, Nevada 89101 | Nevada Bar No. 12186 |
| Attorney for Plaintiff, | 630 S. Fourth Street |
| STERLING JASON BUNCH | Las Vegas, Nevada 89101 |
| | Attorneys for Defendant, |
| | VERTICAL EXCELLENCE, INC. |

**THE LAW OFFICES OF ELIZABETH MIKESELL**

*/s/ Martina Shindelus, Esq.*
**MARTINA SHINDELUS, ESQ.**
Nevada Bar No. 8718
City Center West B
7251 West Lake Mead Blvd., Suite 250
Las Vegas, Nevada 89128
Attorney for Co-Defendant,
ROUSE PROPERTIES, INC.

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: August 20, 2015.

_____
UNITED STATES DISTRICT JUDGE

MBBM
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568